■ JUDY E. JOHANTGEN, Appellant, v HOBART MANUFACTURING COMPANY, Respondent. (Appeal No. 2.)—Order unanimously modified in accordance with same memorandum as in *Johantgen v Hobart Mfg. Co.* (64 AD2d 858) and, as modified, affirmed. Denman, J., not participating. (Appeal from order of Monroe Supreme Court—examination before trial.) Present— Marsh, P. J., Moule, Dillon, Denman and Schnepp, JJ.